UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WON PARK,<br><br>        Plaintiff,<br><br>   v.<br><br>CHAREESE EVONE ELLIOTT,<br><br>        Defendant. | Case No. 16-cv-01155-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 4 |
|---|---|

    The Court has reviewed Magistrate Judge Corley's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that this case is remanded to the Alameda County Superior Court.

    **IT IS SO ORDERED.**

Dated: March 30, 2016

                                      HAYWOOD S. GILLIAM, JR.
                                      United States District Judge